THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br> Plaintiffs, <br> v. <br> ALASKA INDUSTRIAL LLC, an Alaska limited liability company, <br> Defendant. | No. C16-1936JLR <br><br> JUDGMENT |

**Summary of Judgment**

Judgment Creditor:           Operating Engineers Trust Funds
Judgment Debtor:             Alaska Industrial LLC

<u>Amounts Payable to Plaintiff Fund</u>
Unpaid Contributions:        $69,161.85

| | |
|---|---|
| Liquidated Damages | $10,880.32 |
| Interest through February 21, 2017 | $2,907.11 |
| Interest thereafter (on unpaid contributions only) | 12% per annum |

Amounts Payable to Plaintiff Local Union

| | |
|---|---|
| Unpaid Union Dues: | $4,080.27 |

Amounts Payable to All Plaintiffs

| | |
|---|---|
| Attorneys Fees: | $414.00 |
| Costs: | $468.25 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiffs being represented by their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of Richard Kafer and the exhibits thereto in support of Plaintiffs' motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period October 2016 through December 2016: for contributions of $69,161.85, for Union dues of $4,080.27, for liquidated damages of $10,880.32, for pre-judgment interest of $2,907.11, for attorneys' fees of $414.00, and for costs of $468.25; all for a total of $87,911.80.

JUDGMENT ENTERED this 5th day of April, 2017.

JAMES L. ROBART
United States District Judge

Presented for Entry by:

*/s/ Russell J. Reid*

Russell J. Reid, WSBA #2560

of Reid, McCarthy, Ballew & Leahy, L.L.P.

Attorneys for Plaintiffs